Jay J. Schuttert
Nevada Bar No. 8656
Morgan T. Petrelli
Nevada Bar No. 13221
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
Email: jschuttert@swlaw.com
Email: mpetrelli@swlaw.com

Daniel S. Wittenberg (*Pro Hac Vice*)
SNELL & WILMER L.L.P.
Tabor Center
1200 Seventeenth Street, Suite 1900
Denver, CO 80202
Telephone: (303) 634-2000
Facsimile:  (303) 634-2020
Email: dwittenberg@swlaw.com

Attorneys for Defendants
DePuy Synthes Sales, Inc. and
Synthes USA Products, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STANLEY WASHINGTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DePUY SYNTHES SALES, INC., a foreign corporation; SYNTHES USA PRODUCTS, LLC, a foreign corporation; ROE DESIGNERS 1-10; ROE MANUFACTURERS 1-10; ROE MARKETERS 1-10; ROE DISTRIBUTORS 1-10; DOE INDIVIDUALS 1-10, and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:14-CV-01260-RFB-PAL<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff STANLEY

WASHINGTON and Defendant DePUY SYNTHES SALES, INC. and SYNTHES USA

PRODUCTS, LLC, through their respective counsel of record, that this matter shall be dismissed

in its entirety, with prejudice.  The parties further stipulate and agree that each party shall bear

1   their own costs and attorneys' fees.

2        DATED this 16th day of June, 2015.          DATED this 16th day of June, 2015.

3        SNELL & WILMER L.L.P.                          THE COTTLE FIRM

4

5      By: /s/ Morgan T. Petrelli                    By: /s/ Matthew Minucci
           Jay J. Schuttert, NV Bar No. 8656              Robert W. Cottle, NV Bar No. 4576
           Morgan T. Petrelli, NV Bar No. 13221          Matthew Minucci, NV Bar No. 12449
6          3883 Howard Hughes Pkwy., Ste. 1100           8635 South Eastern Avenue
           Las Vegas, NV 89169                            Las Vegas, NV 89123
7
           Daniel S. Wittenberg (*Pro Hac Vice*)         Attorneys for Plaintiff
8          SNELL & WILMER L.L.P.
           Tabor Center
9          1200 Seventeenth Street, Suite 1900
           Denver, CO 80202
10
           Attorneys for Defendant
11         DePuy Synthes Sales, Inc. and Synthes
           USA Products, LLC
12

13

14                              **ORDER**

15       IT IS SO ORDERED.

16       DATED this ___1st____ day of July, 2015.

17

18                                        _____

19                                           RICHARD F. BOULWARE, II
                                             UNITED STATES DISTRICT JUDGE

20   Prepared and Submitted by:
     SNELL & WILMER L.L.P.
21

22   /s/ Morgan T. Petrelli
     Jay J. Schuttert
23   Nevada Bar No. 8656
     Morgan T. Petrelli
24   Nevada Bar No. 13221
     3883 Howard Hughes Parkway, Suite 1100
25   Las Vegas, NV 89169

26   Attorneys for Defendant
     DePuy Synthes Sales, Inc. and Synthes USA Products, LLC
27

28

                                    - 2 -

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** by the method indicated below:

| XXXXX | Electronic Service (CM/ECF) | _____ | Federal Express |
|---|---|---|---|
| _____ | U.S. Mail | _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Email Transmission | _____ | Overnight Mail |

and addressed to the following:

Robert W. Cottle, Esq.
Matthew D. Minucci, Esq.
THE COTTLE FIRM
8635 South Eastern Avenue
Las Vegas, NV 89123
Email: rcottle@cottlefirm.com
Email: mminucci@cottlefirm.com
Telephone: (702) 722-5111
Facsimile: (702) 834-8555
Attorneys for Plaintiff

DATED this 16th day of June, 2015.

/s/ Myesha Daniel
An Employee of Snell & Wilmer L.L.P.

21856394

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702.784.5200

- 3 -